UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD ARCHULETA, | ) |
| Plaintiff, | ) Case No. 3:16-cv-5275 |
| vs. | ) ~~PROPOSED~~ ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration | ) |
| Defendant | |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $4,257.72, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Victoria B. Chhagan's address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney fees will be paid directly to the order of Victoria B. Chhagan.

Dated this 6th day of June, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Victoria B. Chhagan
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA 98101
(206)623-0900